IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JULIE STUMP,

           Plaintiff,

v.                                                                                        No. CV 21-00413 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

           Defendant.

## ORDER EXTENDING TIME TO FILE ADMINSTRATIVE RECORD AND ANSWER

**THIS MATTER** is before the Court on Defendant Commissioner Kilolo Kijakazi's *Unopposed Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer or Otherwise Respond to Plaintiff's Complaint* (the "Motion"), (Doc. 8), filed July 31, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Commissioner shall have until **October 1, 2021**, to file the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.