IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JULIE STUMP,

        Plaintiff,

v.        No. CV 21-00413 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court for scheduling. **IT IS HEREBY ORDERED** that:

(1) Plaintiff shall file a Motion to Reverse or Remand Administrative Agency with Supporting Memorandum on or before **December 6, 2021**;

(2) Defendant shall file a Response on or before **February 7, 2022**;

(3) Plaintiff may file a Reply on or before **February 22, 2022**;

(4) All supporting memoranda filed pursuant to this Order shall cite **ONLY** the relevant portions of the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5) **All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.** If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

        **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.