IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JULIE STUMP,

        Plaintiff,

v.                         No. CV 21-00413 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER EXTENDNG BRIEFING DEADLINES

**THIS MATTER** is before the Court on Defendant Commissioner Kilolo Kijakazi's *Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 16), filed February 4, 2022. The Commissioner seeks a thirty-day extension to file her response to Plaintiff's *Opposed Motion to Reverse and/or Remand*, (Doc. 15), given the assigned office's current backlog of cases. (Doc. 16 at 1-2). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Commissioner shall file her response to Plaintiff's *Opposed Motion to Reverse and/or Remand*, (Doc. 15), by **March 9, 2022**. Plaintiff shall file her reply by **March 23, 2022**.

**IT IS SO ORDERED**.

                                    THE HONORABLE CARMEN E. GARZA
                                    CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.