IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JULIE RENEE STUMP,

        Plaintiff,

v.                             No. CV 21-413 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO AWARD ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**THIS MATTER** is before the Court on Plaintiff Julie Renee Stump's *Unopposed Motion for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act* (the "Motion"), (Doc. 24), filed June 10, 2022. In the Motion, Ms. Stump indicates the parties have agreed to award her attorney fees in the amount of $6,638 and costs in the amount of $402.00. (Doc. 24 at 1-2). The Court, having reviewed the Motion under EAJA, 28 U.S.C. § 2412, and noting the Motion is unopposed, finds the Motion is well-taken and shall be granted.

**IT IS THEREFORE ORDERED** that Ms. Stump be awarded attorney fees in the amount of $6,638 and costs in the amount of $402.00 pursuant to EAJA, 28 U.S.C. § 2412, made payable to Ms. Stump but mailed to her attorney. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

**IT IS FURTHER ORDERED** that if Ms. Stump's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Ms. Stump's

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.

counsel shall refund the smaller award to Ms. Stump pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE